PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ISRAEL HERNANDEZ,<br><br>　　　　　Defendant. | Case No. 5:23-po-00228-CDB<br><br>[Citations #E1930154, CA14; #E1930155, CA14]<br><br>MOTION AND ORDER FOR DISMISSAL |

  The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00228-CDB [Citations #E1930154, CA14; #E1930155, CA14] against ISRAEL HERNANDEZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 7, 2023      Respectfully submitted,

                PHILLIP A. TALBERT
                United States Attorney

            By: /s/ *Chan Hee Chu*
               CHAN HEE CHU
               Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P, that Case No. 5:23-po-00228-CDB [Citations #E1930154, CA14; #E1930155, CA14] against ISRAEL HERNANDEZ be dismissed, without prejudice, in the interest of justice. IT IS SO ORDERED.

Dated: **December 7, 2023**

_____
UNITED STATES MAGISTRATE JUDGE